**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|
| | See *"Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF United States of America | COURT CASE NUMBER 16-cv-1044 & 06-CR-10034-01-T |
|---|---|
| DEFENDANT Viki Butler | TYPE OF PROCESS Service of Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gale Alexander, Senior Director of Benefits and Compensation, Tennessee Health Management, Inc.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1971 Tennessee Avenue North, P.O. Box 10, Parsons, TN 38363 · *Correct*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Barbara M. Zoccola, AUSA
United States Attorney's Office
167 N. Main St., Suite 800
Memphis, TN 38103

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Galexander@thmgt.com*

Please serve the Writ of Exeqution upon Gale Alexander of TN Health Management, Inc.
possible phone number is: (731) 847-6343

*847-6343*    *moved to another building*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 901-969-0345 | DATE 3/11/16 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 76 | District to Serve No. 76 | Signature of Authorized USMS Deputy or Clerk (LG) | Date 3/14/2016 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
*Rick Bennett, by email rbennett@farris-law.com*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
*Farris Bobango Branan, PLC*
*999 S. Shady Grove Rd Ste 500*
*Memphis TN 38120*

| Date 3/30/16 | Time 5:22 ☐ am ☒ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee $16.00 | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges 16.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 16.00 $0.00 |
|---|---|---|---|---|---|

REMARKS: *3.14.16 10:14 Called spoke with G. Alexander. Will send process by email. Will confirm or refuse service per attorneys. 3.23.16. Request from USAO-FLU to email process to RBennett@farris-law.com for service. emailed @ 10:46AM 10:50AM 3.28.16 O.O.O. Reply 10:51AM. 3/30/16 email acceptance*

## Grittman, Letitia (USMS)

| | |
|---|---|
| **From:** | Rick Bennett <rbennett@farris-law.com> |
| **Sent:** | Wednesday, March 30, 2016 5:22 PM |
| **To:** | Grittman, Letitia (USMS) |
| **Subject:** | RE: USA v Viki Butler 16CV1044 & 06CR10034-01-T |

Ms. Grittman:

I hereby acknowledge receipt of the Writ of Execution.

Rick

**RICK BENNETT**
FARRIS BOBANGO BRANAN, PLC
999 S. SHADY GROVE ROAD, SUITE 500
MEMPHIS, TN 38120
901-259-7100 PHONE
901-259-7150 FAX
901-355-4070 CELL
**rbennett@farris-law.com**
**www.farrisbobango.com**

**A Full Service Law Firm and a Member of Meritas**


MERITAS®
LAW FIRMS WORLDWIDE

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

NOTICE: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notifyme at (901-259-7120) and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Grittman, Letitia (USMS) [mailto:Letitia.Grittman@usdoj.gov]
**Sent:** Monday, March 28, 2016 10:50 AM
**To:** Rick Bennett
**Subject:** USA v Viki Butler 16CV1044 & 06CR10034-01-T

*8.00 servicele.*

Good Morning Mr. Bennett,

Please find the attached Writ of Execution.

1

Acknowledge receipt of email please by responding to this email for acceptance by email.

Letitia Grittman

Administrative Assistant (Civil Desk)
Western District of Tennessee
Memphis, Tennessee
901-544-3304
Letitia.Grittman@usdoj.gov

Filtered by ADANClean from http://www.adantech.com.

## Grittman, Letitia (USMS)

| | |
|---|---|
| **From:** | Rick Bennett <rbennett@farris-law.com> |
| **Sent:** | Monday, March 28, 2016 10:51 AM |
| **To:** | Grittman, Letitia (USMS) |
| **Subject:** | Automatic reply: USA v Viki Butler 16CV1044 & 06CR10034-01-T |

I will be out of town starting on Friday, March 25, 2016.  I will be back in the office on Tuesday, March 29, 2016.  During this time I will have limited access to email and voicemail.   If you need immediate assistance call and ask for my assistant Beth Raburn or Emily Olinger.  They can be reached at (901) 259-7100.

Filtered by ADANClean from http://www.adantech.com.

1

## Grittman, Letitia (USMS)

**From:**      Grittman, Letitia (USMS)
**Sent:**      Monday, March 14, 2016 10:18 AM
**To:**        'galexander@thmgt.com'
**Subject:**   USA v Viki Butler 16CV1044-06CR10034
**Attachments:** USA v VIKI BUTLER 16-1044.pdf

8. *Service fee*

Ms. Alexander,

Please see the attached WEX for Viki Butler.

If your legal counsel accepts this process by email please respond by email.
Otherwise please respond with the address to send the WEX to by Certified Mail/Return Receipt.

Thank You
Letitia Grittman

Administrative Assistant (Civil Clerk)
Western District of Tennessee
Memphis, Tennessee
901-969-4202 desk
901-544-3304 main
Letitia.Grittman@usdoj.gov